# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

MARC CHESLY SEVERE,

    Plaintiff,

v.

SUN NATION CORP.
D/B/A AUTO TECH USA,
WEN CHEN, LAI TING YAU,

    Defendants.
_____/

# **COMPLAINT**
*{Jury Trial Demanded}*

Plaintiff, MARC CHESLY SEVERE, brings this action against Defendants, SUN NATION CORP. D/B/A AUTO TECH USA, WEN CHEN and LAI TING YAU, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiff MARC CHESLY SEVERE was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3. At all times material hereto, Defendant, SUN NATION CORP. D/B/A AUTO TECH USA, was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the sale of car parts, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

4. Defendant, WEN CHEN, is a resident of Broward County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, SUN NATION CORP. D/B/A AUTO

TECH USA; said Defendant acted and acts directly in the interests of Defendant, SUN NATION CORP. D/B/A AUTO TECH USA, in relation to said co-Defendant's employees. Defendant effectively dominates SUN NATION CORP. D/B/A AUTO TECH USA administratively and controls the duties and pay of employees behalf of the corporation. Thus, WEN CHEN was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

5. Defendant, LAI TING YAU, is a resident of Broward County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, SUN NATION CORP. D/B/A AUTO TECH USA; said Defendant acted and acts directly in the interests of Defendant, SUN NATION CORP. D/B/A AUTO TECH USA, in relation to said co-Defendant's employees. Defendant effectively dominates SUN NATION CORP. D/B/A AUTO TECH USA administratively and controls the duties and pay of employees on behalf of the corporation. Thus, LAI TING YAU was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

6. Defendants sell OEM and aftermarket parts for the automoative industry including ignition coils, wires, oxygen sensors, mass air flow sensors, and crank reference sensor to engine mounts, fans, coolant tanks, and other products that are manufactured outside Florida and handled by two or more of Defendants' employees.

7. Plaintiff worked for Defendants as a laborer.

8. Defendants failed to pay Plaintiff the full and proper overtime wages of 1.5 times Plaintiff's regular hourly rates for all hours worked over 40 each week.

9. Plaintiff have attached a statement of claim as <u>Exhibit A</u> to provide initial estimates of the damages. These amounts may change as Plaintiff engages in the discovery process.

10. Defendants have knowingly and willfully refused to pay Plaintiff his legally-entitled wages.

11. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

12. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

13. Plaintiff realleges and incorporate the allegations set forth in paragraphs 1-12 above as if set forth herein in full.

14. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) time-and-a-half overtime pay and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

15. Plaintiff seek recovery of damages as referenced above and further seek interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791